## IN THE MATTER OF THOMAS SARGENT

### 1811

#### PAPERS IN FILE

1. Petition for habeas corpus; order . . . . . . . *Printed in Vol. 2*
2. Writ of habeas corpus . . . . . . . . . . "
3. Return . . . . . . . . . . . . "
4. Decision . . . . . . . . . . . . "